**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1904**

---

C. HOLMES, a/k/a Cynthia Holmes, a/k/a Cynthia Collie Holmes,

Plaintiff - Appellant,

v.

GRANUAILE, LLC; J. P. WALSH, individually and as related to Granuaile, LLC; L. WALSH, individually and as related to Granuaile, LLC,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Bruce H. Hendricks, District Judge. (2:20-cv-01748-BHH-MHC)

---

Submitted: May 17, 2023                                Decided: June 9, 2023

---

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

C. Holmes, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

C. Holmes seeks to appeal the district court's orders referring her case to a magistrate judge, denying her motion for reconsideration of the referral order, and denying her motion for a stay pending appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Holmes seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
